IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| MICHAEL MCGONICAL, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No. 3:14CV00082-JJV |
| Commissioner, Social Security | * | |
| Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Although the Complaint in this case was filed March 27, 2014, and Summons were issued March 31 and July 17, no proof of service has been filed to indicate proper service was obtained on Defendant, as required by Federal Rule of Civil Procedure 4(l).

Under these circumstances, the Complaint is subject to dismissal. Fed. R. Civ. P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697, 698 (8th Cir.), *cert. denied*, 502 U.S. 1005 (1991); *Ouzts v. Cummins*, 825 F.2d 1276, 1278 (8th Cir. 1987).

Plaintiff must file proof of service with the Court within thirty (30) days of the date of this Order, or the Complaint will be dismissed.

IT IS SO ORDERED this 29th day of September, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE